```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                 :
ARTYOM KOLODEZNOY,                               :
                                                                  :
                                           Plaintiff,    :                1:22-cv-8970-GHW
                                                                  :
                                    -v -                               :                 <u>ORDER</u>
                                                                   :
MERRICK B. GARLAND, *US Attorney General*, et    :
*al.*,                                                                      :
                                                                   :
                                       Defendants.   :
                                                                    X
------------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

       On October 21, 2022, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than November 4, 2022. Dkt. No. 4. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's October 21, 2022 order forthwith, and in no event later than November 10, 2022.

       SO ORDERED.

Dated: November 7, 2022
           New York, New York

                                                              _____
                                                                          GREGORY H. WOODS
                                                                     United States District Judge