```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
ARTYOM KOLODEZNOY, :
:
                             Plaintiff, :      1:22-cv-8970-GHW
:
          -v - :      <u>ORDER</u>
:
MERRICK B. GARLAND, *US Attorney General, et* :
*al.*, :
:
                          Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On November 10, 2022, the Court entered an order extending the time to respond to the Court's October 21, 2022 order until "ten days after the date that all defendants have appeared in this action." Dkt. No. 12. On November 21, 2022, the Defendants appeared in this action. Dkt. No. 13. Accordingly, the deadline to respond to the Court's October 21, 2022 order is December 1, 2022.

      SO ORDERED.

Dated: November 22, 2022

                                                                   _____
                                                                   GREGORY H. WOODS
                                                               United States District Judge